J. Robert Weyreter, Esq. (Admitted *Pro Hac Vice*)   Judge Ricardo S. Martinez
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Facsimile:  (317) 363-2257
E-Mail:  jweyreter@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, Esq., WSBA #35477
Christopher M. Reed, Esq., WSBA #49716
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
Telephone:  206-682-7090
Fax:  206-625-9534
E-Mail:  biv@mpba.com
         creed@mpba.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| ARABIA ADA McCORMICK,<br>    Plaintiff,<br><br>  vs.<br><br>TRANS UNION LLC, a Delaware Limited Liability Company and BOEING EMPLOYEES CREDIT UNION, a Washington State Credit Union,<br>    Defendants. | CASE NO.  2:20-cv-00827-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Arabia Ada McCormick ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between

**STIPULATION OF DISMISSAL - 1**
**2:20-cv-00827-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257

them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: October 20, 2020

*s/ SaraEllen Hutchison (with consent)*
SaraEllen Hutchison, Esq.
Law Offices of SaraEllen Hutchison, PLLC
539 Broadway
Tacoma, WA  98402
Telephone:  (206) 529-5195
Fax:  (253) 302-8486
E-Mail: saraellen@saraellenhutchison.com

*Counsel for Plaintiff Arabia Ada McCormick*

Date: October 20, 2020

*s/ J. Robert Weyreter*
J. Robert Weyreter, Esq.
  (Admitted *Pro Hac Vice*)

Benjamin I. VandenBerghe, Esq.
  WA State Bar No. 35477
Christopher M. Reed, Esq.
  WA State Bar No. 49716

*Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

Dated this 21st day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL - 2**
**2:20-cv-00827-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of October, 2020**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| SaraEllen Hutchison, Esq. saraellen@saraellenhutchison.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **20th day of October, 2020**, properly addressed as follows:

| None. | |
|---|---|

        *s/ J. Robert Weyreter*
        J. Robert Weyreter, Esq.
         (Admitted *Pro Hac Vice*)

        *Counsel for Defendant Trans Union, LLC*

**STIPULATION OF DISMISSAL - 3**
**2:20-cv-00827-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257